VASSEUR v. ST. PAUL MUTUAL INS. CO.

No. 427P96

Case below: 123 N.C. App. 418

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.